UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*Plaintiff,*<br><br>v.<br><br>**THADDIS "TJ" JOHNSON JR.**<br><br>*Defendant.* | **Case No. 1:22-cr-228 (JDB)** |

## REQUEST TO ADVANCE SENTENCING HEARING

THADDIS JOHNSON JR., through undersigned counsel, Assistant Federal Defender Griffin Estes, hereby requests the Court advance his sentencing hearing one day. Mr. Johnson's sentencing is currently set on November 10, 2022, at 3:15 p.m. He requests that the Court advance his hearing to November 9, 2022 at 3:15 p.m. Undersigned counsel has an unforeseen scheduling conflict. The Government and Probation have no objection to advancing the sentencing hearing one day.

WHEREFORE, Mr. Johnson respectfully requests this Court issue an order advancing the sentencing hearing to November 9, 2022 at 3:15 p.m.

\\

\\

\\

|  |  |
|---|---|
|  | HEATHER E. WILLIAMS |
|  | Federal Defender<br>Eastern District of California |
| Date: 10/6/2022 | */s/ Griffin Estes*<br>GRIFFIN ESTES<br>Assistant Federal Defender Attorney<br>for Defendant Thaddis Johnson Jr.<br>CA Bar # 322095<br>Office of the Federal Defender<br>2300 Tulare Street, Suite 330<br>Fresno, CA  93721<br>griffin_estes@fd.org<br>(559) 487-5561 |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*Plaintiff,*<br><br>v.<br><br>**THADDIS "TJ" JOHNSON JR.**<br><br>*Defendant.* | **Case No. 1:22-cr-228 (JDB)** |

## **ORDER**

This matter having come before the Court pursuant to Mr. Johnson's request to advance the sentencing hearing to November 9, 2022, at 3:15 p.m.

IT IS SO ORDERED, the sentencing hearing in the above matter is advanced to November 9, 2022, at 3:15 p.m..

IT IS FURTHER ORDERED THAT, the sentencing memorandum are to be filed by the end of business on November 3, 2022.

Date: _____
HON. JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE