## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| *Plaintiff,* | |
| **v.** | **Case No. 1:22-cr-228 (JDB)** |
| **THADDIS "TJ" JOHNSON JR.** | |
| *Defendant.* | |

## STIPULATION TO APPEAR BY VIDEO CONFERENCE

The parties, through their respective counsel, STEPHEN RANCOURT, Assistant United States Attorney, counsel for the government, and GRIFFIN ESTES, Assistant Federal Defender, counsel for the defendant, THADDIS JOHNSON JR, hereby stipulate and thereby jointly move this Court to permit Mr. Johnson to waive his right to be personally present at the December 19, 2022 sentencing hearing, and instead appear by video teleconference. The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

Dated:  November 9, 2022

/s/ *Stephen J. Rancourt*
STEPHEN J. RANCOURT
Assistant United States Attorney
Detailed to the District of Columbia

Dated:  November 9, 2022          HEATHER E. WILLIAMS
                                   Federal Defender


                                  */s/  Griffin Estes*
                                   GRIFFIN ESTES
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   THADDIS JOHNSON JR.

## **O R D E R**

      Good cause appearing, the above stipulation for defendant to appear via video teleconference in case No. 1:22-cr-228 is hereby accepted and adopted as the order of this Court.

Dated:

                                   HON. JOHN D. BATES
                                   United States District Court Judge