UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-228 (JDB) |
| v. : | |
| : | |
| THADDIS JOHNSON, JR., : | |
| : | |
| Defendant : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. Exhibits 1 and 5 were obtained from the telephone of Thaddis Johnson, Jr. Exhibits 2-4 were obtained from social media and other open-source materials, and were provided to defense counsel in discovery. The United States does not object to releasing these exhibits to the public. The exhibits were sent to the Court via USAfx and counsel on December 13, 2021, and consist of the following:

1. Government Exhibit 1 is a video approximately 18 seconds in length taken by Johnson at the Stop the Steal rally on the Ellipse the morning of January 6.

2. Government Exhibit 2 is a video approximately 16 seconds in length that portrays the moment that rioters break down the Northwest Side Door on the Upper West Terrace of the Capitol at approximately 2:42 pm.

3. Government Exhibit 3 is a video approximately 32 seconds in length from the same source as Government's Exhibit 2 that portrays rioters, including Johnson, rushing through the Northwest Side Door at approximately 2:42 pm.

4. Government Exhibit 4 is a video approximately 35 seconds in length that shows the breaching of the Northwest Side Door, and Johnson's first entry into the Capitol, from a different angle.

5. Government Exhibit 5 is a video approximately 9 seconds in length recorded by Johnson on January 6. It depicts the crowd on the Upper West Terrace near the Senate Wing Door and is believed to have been taken between 2:49 and 2:51 p.m.

Respectfully submitted,

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Stephen J. Rancourt

Stephen J. Rancourt
Texas Bar No. 24079181
Assistant United States Attorney, Detailee
601 D Street, NW
Washington, D.C. 20530
(806) 472-7398
stephen.rancourt@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 14th day of December 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

_____
Stephen J. Rancourt
Assistant United States Attorney